UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CLEMENTE RAMIREZ-LOPEZ, | Case No.  2:26-cv-01200 |
| Petitioner, | ORDER DENYING MOTION TO ENFORCE JUDGMENT |
| v. | |
| UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT FIELD OFFICE DIRECTOR, et al., | |
| Respondents. | |

On May 26, 2026, the Court granted Petitioner Clemente Ramirez-Lopez's petition for a writ of habeas corpus. Dkt. 11. The Court directed Respondents to either release Petitioner or provide him a bond hearing within fourteen days of receiving his request for a hearing. *Id*. at 4. On June 5, 2026, the Court received a letter from Petitioner stating: "I'm writing this letter [be]cause I'm scared that [Immigration and Customs Enforcement] made a decision to remove me from Tacoma. . . .[ICE] told me I'm going to be deported. . . . [ICE] is not respecting the decision of you[r] honor." Dkt. 14. The Court construes Petitioner's letter as a motion to enforce the judgment. So construed, the motion is DENIED.

ORDER DENYING MOTION TO ENFORCE JUDGMENT - 1

Petitioner is advised that the Court's previous decision concerned only whether he could be detained without a bond hearing pending his removal proceedings. In deciding whether to grant a habeas petition, such as Petitioner's, a federal district court lacks power over the substance of the underlying removal proceedings themselves. *See* 8 U.S.C. § 1252(a)(5); *Martinez v. Napolitano*, 704 F.3d 620, 622 (9th Cir. 2012) ("The exclusive means to challenge an order of removal is the petition for review process."). To challenge any final order of removal, Petitioner must seek review from the Board of Immigration Appeals and the relevant federal court of appeals. *See Martinez*, 704 F.3d at 622; *see also, e.g., Mata v. Lynch*, 576 U.S. 143, 147 (2015) ("[The Immigration and Nationality Act], in combination with a statute cross-referenced there, gives the courts of appeals jurisdiction to review 'final order[s] of removal.' 8 U.S.C. § 1252(a)(1); 28 U.S.C. § 2342.").

Accordingly, the Court ORDERS as follows:

1. The motion to enforce the judgment (Dkt. 11) is DENIED.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to Petitioner at his last known address.

Dated this 9th day of June, 2026.

Tiffany M. Cartwright
United States District Judge

ORDER DENYING MOTION TO ENFORCE JUDGMENT - 2